IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY FRANKLIN MCREYNOLDS                                                                    PLAINTIFF

v.                         Civil No. 4:16-cv-04122

PRESTON GLENN, Jail
Administrator, Nevada County Jail;
And CHRISTOPHER WATTINGNY,
Doctor, Wadley Medical Center                                                                DEFENDANTS

## ORDER

Plaintiff Bobby Franklin McReynolds proceeds *pro se* in this 42 U.S.C. § 1983 action. Before the Court is Plaintiff's Motion for Specialist Examination. ECF No. 37. Defendant Wadley Regional Medical Center at Hope ("WRMC") has filed a Response (ECF No. 43) opposing Plaintiff's motion. In his motion Plaintiff asks the Court "to order this motion for a specialists examination as so clarification can be observed as to how much & what kind of damage has been done to the cervical spine, right shoulder, & left knee down to left ankle. These regions of Bobby McReynold's body pertain to this civil action." ECF No. 37.

This case is in the early stages of litigation. One of the defendants Plaintiff's alleges denied him adequate medical care has not yet been served and a motion to dismiss (ECF No. 38) filed by Defendant WRMC is currently pending. Accordingly, Plaintiff's Motion for Specialist Examination (ECF No. 37) is **DENIED** without prejudice**.** Plaintiff may refile his request after all defendants have been served and all motions to dismiss are addressed by the Court.

**IT IS SO ORDERED this 28th day of March 2017.**

                                                   /s/ Barry A. Bryant
                                                 HON. BARRY A. BRYANT
                                                 UNITED STATES MAGISTRATE JUDGE