IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY FRANKLIN MCREYNOLDS                                          PLAINTIFF

v.                        Civil No. 4:16-cv-04122

PRESTON GLENN, Jail
Administrator, Nevada County Jail;
And CHRISTOPHER WATTINGNY,
 Doctor, Wadley Medical Center                                     DEFENDANTS

## ORDER

Plaintiff Bobby Franklin McReynolds proceeds *pro se* in this 42 U.S.C. § 1983 action. Defendant Wadley Regional Medical Center at Hope ("WRMC") has filed a Motion to Dismiss. ECF No. 38. To date, Plaintiff has not filed a response to WRMC's motion.

Prior to ruling on the Motion to Dismiss, WRMC is invited to brief the issue of whether or not WRMC acted under color of state law in the treatment of Plaintiff. WRMC shall have until April 18, 2017, to submit a brief on this issue. Plaintiff shall have until April 28, 2017, to respond to the original Motion to Dismiss and any new briefing.

**IT IS SO ORDERED this 4th day of April 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE