IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY FRANKLIN MCREYNOLDS                                                         PLAINTIFF

v.                       Civil No. 4:16-cv-04122

PRESTON GLENN, Jail
Administrator, Nevada County Jail;
And CHRISTOPHER WATTINGNY,
Doctor, Wadley Medical Center                                                     DEFENDANTS

**ORDER**

Plaintiff Bobby Franklin McReynolds proceeds *pro se* in this 42 U.S.C. § 1983 action. Before the Court is Plaintiff's Motion for Reconsideration (ECF No. 49) of this Court's Order denying Plaintiff's request for examination by a medical specialist.  ECF No. 47.

In his Motion for Reconsideration Plaintiff argues he filed an Objection (ECF No. 48) to Defendant Wadley Regional Medical Center's ("WRMC") response to his motion for a specialist and this Court ruled on his motion without considering his objection.  ECF No. 49.  Plaintiff's Objection reasserts his reasons for requesting an examination by a medical specialist and states "the two medical experts are being sued in this civil action & are a "conflict of interest" at any examatory level in this action."  ECF No. 48.

As previously stated in the Court's Order denying Plaintiff's request for examination by a medical specialist (ECF No. 47), this case is in the early stages of litigation.  One of the defendants Plaintiff alleges denied him adequate medical care has not yet been served and a motion to dismiss (ECF No. 38) filed by Defendant WRMC is currently pending.  Accordingly, Plaintiff's Motion for Reconsideration (ECF No. 49) is **DENIED.**

1

Plaintiff may refile his request for examination by a medical specialist after all defendants have been served and all motions to dismiss are addressed by the Court.

**IT IS SO ORDERED this 6th day of April 2017.**

/s/ Barry A. Bryant<br>
HON. BARRY A. BRYANT<br>
UNITED STATES MAGISTRATE JUDGE