IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


BOBBY FRANKLIN MCREYNOLDS                                                    PLAINTIFF

          v.                    Civil No. 4:16-cv-04122

PRESTON GLENN, Jail
Administrator, Nevada County Jail;
CHRISTOPHER WATTINGNY,
Doctor, Wadley Medical Center;
WHATTLEY MEDICAL CENTER;
DR. ELKINS, Nevada County Jail;
And SHERIFF DANNY MARTIN,
Nevada County Jail                                                           DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Motion for Default Judgment against Defendant Dr. Christopher Wattingny. ECF No. 65. To date, Defendant Wattingny has not been served. On May 5, 2017, the summons issued to Defendant Wattingny was returned indicating he had been served. ECF No. 62. However, that same day UAMS Southwest filed a Notice with the Court stating it had accepted the summons on behalf of Defendant Wattingny in error on April 21, 2017, and that Dr. Wattingny was longer associated with UAMS Southwest. ECF No. 63.

Accordingly, Plaintiff's Motion for Default Judgment (ECF No. 65) is **DENIED**.

**Plaintiff is given until May 31, 2017, to provide the Court with a proper address for service on Defendant Wattingny. Failure to provide a proper address for service will result in termination of Dr. Wattingny as a defendant in this lawsuit.**

**IT IS SO ORDERED this 17th day of May 2017.**

                                        /s/ Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        UNITED STATES MAGISTRATE JUDGE