IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY FRANKLIN MCREYNOLDS                                                    PLAINTIFF

v.                                      Civil No. 4:16-cv-04122

PRESTON GLENN, Jail Administrator,
Nevada County Jail;
CHRISTOPHER WATTINGNY, Doctor,
Wadley Medical Center; WHATTLEY
MEDICAL CENTER; DR. ELKINS,
Nevada County Jail; and SHERIFF
DANNY MARTIN                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 15, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 64. Judge Bryant recommends that Defendant Wadley Regional Medical Center's ("WRMC")[1] Motions to Dismiss (ECF Nos. 38, 59) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, WRMC's Motions to Dismiss (ECF Nos. 38, 59) are **GRANTED**, and Plaintiff's claims against WRMC are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of June, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] WRMC is incorrectly identified in the case caption and the Court's docket as Whattley Medical Center.