IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY FRANKLIN MCREYNOLDS                                                   PLAINTIFF

v.                         Civil No. 4:16-cv-04122

PRESTON GLENN, Jail Administrator,
Nevada County Jail; CHRISTOPHER
WATTINGNY, Doctor, Wadley Medical Center;
DR. ELKINS, Nevada County Jail;
And SHERIFF DANNY MARTIN,
Nevada County Jail                                                          DEFENDANTS

## ORDER

Plaintiff Bobby Franklin McReynolds proceeds in this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983.  Currently before the Court is Plaintiff's Motion to Compel.  ECF No. 74.

Plaintiff has not attempted to confer with Defendants in an effort to obtain the discovery responses without court action as required by Federal Rule of Civil Procedure 37.  Plaintiff's incarceration does not excuse him from attempting to resolve the discovery dispute in good faith without court intervention by contacting Defendants through written correspondence notifying them of their alleged failure to adequately respond and giving them a deadline to respond prior to filing a motion to compel.

Accordingly, Plaintiff's Motion to Compel (ECF No. 74) is **DENIED.**

**IT IS SO ORDERED this** 2**6th day of July 2017.**

　　　　　　　　　　　　　　　　　　/s/ Barry A. Bryant
　　　　　　　　　　　　　　　　　　HON. BARRY A. BRYANT
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE