IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY FRANKLIN MCREYNOLDS                                                    PLAINTIFF

v.                          Civil No. 4:16-cv-04122

PRESTON GLENN, Jail Administrator,
Nevada County Jail; DR. ELKINS,
Nevada County Jail; and SHERIFF
DANNY MARTIN, Nevada County Jail                                            DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Withdraw Counsel. (ECF No. 83). Defendants request that John R. Myers, listed a lead counsel in this case, be permitted to withdraw. Jonathan C. Hill has filed an entry of appearance for Defendants and co-counsel, C. Burt Newell, will continue to represent Defendants in this matter.

Defendants' Motion to Withdraw Counsel (ECF No. 83) is **GRANTED. The Clerk is DIRECTED to terminate John R. Myers as counsel for Defendants.**

**IT IS SO ORDERED THIS 8th day of November 2017.**

                                                        /s/ Barry A. Bryant_____
                                                        HON. BARRY A. BRYANT
                                                        UNITED STATES MAGISTRATE JUDGE