IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY FRANKLIN MCREYNOLDS                                                    PLAINTIFF

                    v.                    Civil No. 4:16-cv-04122

PRESTON GLENN, Jail
Administrator, Nevada County Jail;
DR. ELKINS; and SHERIFF
DANNY MARTIN                                                                 DEFENDANTS

## ORDER

    Plaintiff Bobby Franklin McReynolds proceeds *pro se* in this 42 U.S.C. § 1983 action. Before the Court is Plaintiff's Motion to Summon Witnesses. (ECF No. 90).

    Plaintiff filed his Motion to Summon Witnesses on January 25, 2018, In his motion Plaintiff states "I Bobby McRenolds need all witnesses served to be into the Court on the day of the Trail, by the Courts doing so I can defend my suit…" (ECF No. 90, p. 1).

    Plaintiff's motion is premature. The Court entered an Initial Scheduling Order on October 27, 2017, setting forth various deadlines for this lawsuit. (ECF No. 79). Pursuant to this Order, discovery must be completed by February 26, 2018, and Defendants have until March 28, 2018, to file motions for summary judgment.[1] After the Court rules on all motions for summary judgment, Plaintiff may submit his request for witnesses if there are any issues remaining for trial.

    Accordingly, Plaintiff's Motion to Summon Witnesses (ECF No. 90) is **DENIED.**

    **IT IS SO ORDERED this 26th day of January 2018.**

                                        /s/ Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff filed a Motion for Summary Judgment on October 27, 2017, which is currently pending before the Court. (ECF No. 80).