IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY FRANKLIN MCREYNOLDS                                      PLAINTIFF

v.                  Civil No. 4:16-cv-04122

PRESTON GLENN, Jail Administrator,
Nevada County Jail; DR. ELKINS,
Nevada County Jail; and SHERIFF
DANNY MARTIN, Nevada County Jail                         DEFENDANTS

## **JUDGMENT**

For the reasons stated in the Memorandum Opinion of even date, Plaintiff's Motion for Summary Judgment (ECF No. 80) is **DENIED**, and Defendants' Motion for Summary Judgment (ECF No. 97) is **GRANTED**. Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 27th day of April, 2018.

                                                       /s/ Susan O. Hickey
                                                       Susan O. Hickey
                                                       United States District Judge