IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY FRANKLIN MCREYNOLDS                                                    PLAINTIFF

v.                      Civil No. 4:16-cv-04122

PRESTON GLENN, Jail Administrator,
Nevada County Jail; DR. ELKINS,
Nevada County Jail; and SHERIFF
DANNY MARTIN, Nevada County Jail                                             DEFENDANTS

## **ORDER**

Plaintiff has filed a Motion to Proceed *in forma pauperis* ("IFP") on appeal. (ECF No. 112). According to the information provided, Plaintiff appears to qualify for IFP status.

Accordingly, Plaintiff's IFP Motion (ECF No. 112) is hereby **GRANTED.** Pursuant to the provisions of the Prison Litigation Reform Act, the Clerk is **DIRECTED** to collect the $505 appellate filing fee from Plaintiff.

**IT IS SO ORDERED this 23rd day of May 2018.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE